JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RAY ARAUZ, <br> Petitioner, <br> v. <br> R.E. BARRY, Warden, <br> Respondent. | Case No. CV 14-2813-DSF (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

Dated: _12/12/16_____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE